# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:09cv331

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COOK & BOARDMAN, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| THE BROADBAND COMPANIES, LLC; FRED ANTHONY; and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on

(1)  defendant North American Specialty Insurance Company's Motion for

Extension of Time to Answer or Otherwise Plead (#9);

(2)  defendant The Broadband Companies, LLC's Motion to Dismiss or to

Stay Pending Arbitration and Brief in Support of Same (#10);

(3)  defendant The Broadband Companies, LLC's Motion for Extension of

Time to Answer or Otherwise Respond to the Complaint (#12);

(4)  plaintiff's Motion for Entry of Default and Default Judgment (#7) and

(5)  plaintiff's Response to Motions (#15).

-1-

In its response, plaintiff states that it does not oppose defendant North American Specialty Insurance Company's Motion for Extension of Time to Answer or Otherwise Plead (#9); that as to defendant The Broadband Companies, LLC's Motion to Dismiss or to Stay Pending Arbitration and Brief in Support of Same (#10), it does not oppose a stay of its claims against such defendant pending arbitration; and that it withdraws its Motion for Entry of Default and Default Judgment (#7).

The court greatly appreciates the brevity and clarity expressed in the above motions and plaintiff's response. All counsel are to be commended on their excellent handling of these matters.

## ORDER

**IT IS, THEREFORE, ORDERED** that:

(1)     defendant North American Specialty Insurance Company's Motion for Extension of Time to Answer or Otherwise Plead (#9) is **ALLOWED** and any such Answer or other responsive pleading filed on or before November 6, 2009, is deemed timely filed *nunc pro tunc*;

(2)     defendant The Broadband Companies, LLC's Motion to Dismiss (#10) is **DEEMED** to be **MOOT** at this time and is administratively terminated without prejudice, Arbitration is, by agreement of the parties, **COMPELLED**, and the Motion to Stay Pending Arbitration (#10) is

**ALLOWED**. This action is, hereby, **STAYED**, as to plaintiff's claims asserted against such defendant and the parties shall file with the court a notice within 60 days concerning the status of arbitration. The action is **NOT STAYED** as to plaintiff's claims against the remaining defendants;

(3)   defendant The Broadband Companies, LLC's Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (#12) is **ALLOWED,** and such defendant is **GRANTED** seven days from the lifting of the stay to so Answer or otherwise respond to the Complaint; and

(4)   plaintiff's Motion for Entry of Default and Default Judgment (#7) is **WITHDRAWN,** and the Clerk of this court is respectfully directed to terminate such motion.

Signed: November 3, 2009

Dennis L. Howell
United States Magistrate Judge