IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv331

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COOK & BOARDMAN, INC., | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| Vs. | ) ) | ORDER |
| THE BROADBAND COMPANIES, LLC; FRED ANTHONY; and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the court on periodic review of the stay. The previous report of counsel indicated that an Answer in the arbitration was due to be filed by March 26, 2010. Such report does not provide the court with sufficient information to manage the stay. The parties should file a motion for continuance of the stay outlining the expected timeline of the arbitration procedure as well as a realistic date on which the stay should be lifted or reviewed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file a motion for continuance of the stay outlining the expected timeline of the arbitration procedure as

well as a realistic date on which the stay should be lifted or reviewed.

Signed: August 3, 2010

_____
Dennis L. Howell
United States Magistrate Judge